IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KARIM MAYFIELD,** | : | **CIVIL ACTION** |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| **MARK A. KRYSEVIG,** | : | |
| **SUPERINTENDENT, et al.,** | : | No. 06-3641 |
| Respondents. | : | |

**O R D E R**

**AND NOW**, this 26th day of October, 2007, upon consideration of the Petition for Writ of *Habeas Corpus* filed by Karim Mayfield (Docket No. 1), the response thereto (Docket No. 7), Mr. Mayfield's rebuttal (Docket No. 10), and the Report and Recommendation filed by Magistrate Judge David R. Strawbridge (Docket No. 14), to which no objections have been filed,

**IT IS ORDERED** that:

1. The Report and Recommendation (Docket No. 14) is **APPROVED** and **ADOPTED**;

2. The Petition for Writ of *Habeas Corpus* (Docket No. 1) is **DISMISSED WITHOUT PREJUDICE**;

3. There is no probable cause to issue a Certificate of Appealability; and

4. The Clerk of the Court is instructed to mark this case as **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE